IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Chris Vomastek, Trustee <br> Triple-Time Trust, <br><br> James Baird, Beneficiary, <br><br> Barbara Baird, Insured, <br><br>     Plaintiffs, <br><br> v. <br><br> AXA Equitable Life Insurance Company, <br><br>     Defendant. | § § § § § § § § § § § § § § § | CASE NO.  5:15-cv-00050-JRG <br><br> JUDGE GILSTRAP |

**JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

Plaintiffs Chris Vomastek, Trustee, Triple Time Trust, James Baird, Beneficiary, and Barbara Baird, Insured, and Defendant AXA Equitable Life Insurance Company ("AXA"), notify the Court that the parties have reached an agreement in principle that will resolve all pending claims between them. The parties anticipate filing dismissal papers within thirty (30) days. Accordingly, Chris Vomastek, Trustee, Triple Time Trust, James Baird, Beneficiary, and Barbara Baird, Insured and AXA move for a stay of all pending deadlines until and including March 18, 2016, so that the parties may finalize their agreement and submit dismissal papers. This stay is not sought for the purpose of delay but so that justice may be served.

The parties respectfully request the Court grant the parties relief from attending the Scheduling Conference on February 24, 2016.

Dated:  February 17, 2016

Respectfully submitted,

*/s/ Geoffrey Culbertson*
Kelly B. Tidwell
TX Bar No. 20020580
Geoffrey Culbertson
TX Bar No. 24045732
PATTON, TIDWELL & CULBERTSON, LLP
2800 Texas Blvd.
Texarkana, Texas  75503
(903) 792-5859
(903) 792-8233 (FAX)
kbt@texarkanalaw.com
gpc@texarkanalaw.com

ATTORNEYS FOR PLAINTIFFS


*/s/ Amanda Sotak*
Amanda Sotak
Texas Bar No. 24037530
amanda.sotak@figdav.com
Lead Attorney
Amber D. Reece
Texas Bar No. 24079892
amber.reece@figdav.com
FIGARI + DAVENPORT, LLP
901 Main Street, Suite 3400
Dallas, Texas  75202
(214) 939-2000 – Telephone
(214) 939-2090 – Facsimile

ATTORNEYS FOR DEFENDANT
AXA EQUITABLE LIFE
INSURANCE COMPANY


**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with the Federal Rules of Civil Procedure.  All other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by U.S. Mail, CM/RRR on this the 17th day of February, 2016.

*/s/ Geoff Culbertson*
Geoff Culbertson