IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| Chris Vomastek, Trustee<br>Triple-Time Trust,<br><br>James Baird, Beneficiary,<br><br>Barbara Baird, Insured,<br><br>    Plaintiffs,<br><br>v.<br><br>AXA Equitable Life Insurance Company,<br><br>    Defendant. | §§§§§§§§§§§§§§ | CASE NO.  5:15-cv-00050-JRG<br><br>JUDGE GILSTRAP |

**ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES
AND NOTICE OF SETTLEMENT**

On this date came on for consideration Plaintiffs, Chris Vomastek, Trustee, Triple Time Trust, James Baird, Beneficiary, and Barbara Baird, Insured, and Defendant AXA Equitable Life Insurance Company ("AXA"), Joint Motion to Stay All Deadlines and Notice of Settlement. (Dkt. No. 15.) The Court, having considered the motion, finds that it should be granted in order to provide time for the parties to finalize their agreement and file dismissal papers.

It is therefore ORDERED that all deadlines are stayed to and including March 18, 2016.

It is further ORDERED that the parties are each relieved from attending the Scheduling Conference on February 24, 2016, and as regards this case; in light of their direct representations as to settlement.

**So ORDERED and SIGNED this 18th day of February, 2016.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE