IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| CHRIS VOMASTEK, TRUSTEE TRIPLE-TIME TRUST, JAMES BAIRD, BENEFICIARY, BARBARA BAIRD, INSURED, | § § § § § | |
| Plaintiffs, | § § | C.A. No. 5:15-cv-00050-JRG |
| v. | § § | JUDGE GILSTRAP |
| AXA EQUITABLE LIFE INSURANCE COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER

Having considered the Parties' Agreed Motion to Dismiss with Prejudice (Dkt. No. 20), it is:

ORDERED that all claims and causes of action asserted by and between Plaintiffs and Defendant are hereby DISMISSED WITH PREJUDICE, with costs and attorneys' fees taxed against the party incurring them.

**So Ordered this**
Apr 3, 2016

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE